

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2019

No. 04-19-00748-CV

**IN RE** Eukesha **MAYE**

Original Mandamus Proceeding[1]

**ORDER**

On October 23, 2019, relator filed a petition for writ of mandamus. Relator also filed a motion for stay of the underlying proceedings pending final resolution of the petition for writ of mandamus, which this court granted on October 24, 2019. The real party in interest filed a response, to which relator replied. After considering the petition, response, reply, and record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The stay imposed on October 24, 2019 is lifted.

It is so **ORDERED** on December 18, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2019.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2006-CI-04682, styled *In the Interest of C.K.W. and C.K.W., Children*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.